BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE BRANDYWINE | § | |
| COMMUNICATIONS | § | MDL No. 2462 |
| TECHNOLOGIES, LLC | § | |
| PATENT LITIGATION | § | |

### PLAINTIFF BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC'S NOTICE OF CHANGE OF SERVICE ADDRESS FOR DEFENDANT DAKOTA COMMUNICATIONS LLC

Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") notifies the Court and all parties that Defendant Dakota Communications LLC should be served at the following addresses instead of the address previously designated:

Dakota Communications LLC
219 S. Charles
Edwardsville, IL  62025

-and-

Dakota Communications LLC
c/o John S. Ahrar
1880 Serenade
Tucson, AZ  85737

Respectfully submitted,

Dated:  June 17, 2013

/s/ Lei Sun
Lei Sun
Cal. Bar No. 251304
lsun@farneydaniels.com
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone:  (512) 582-2828
Facsimile:  (512) 582-2829

*Counsel for*
*Brandywine Communications Technologies, LLC*

1